IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL ALF,**
    *et al.*,

        **Plaintiffs,**

                              Civil Action 2:21-cv-2542
                              Judge Michael H. Watson
      v.                              Magistrate Judge Elizabeth P. Deavers

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

## NOTICE

**TAKE NOTICE** that a Telephonic Preliminary Pretrial Conference will be held before the Honorable Elizabeth A. Preston Deavers on **JULY 22, 2021** at **10:30 A.M**.  The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov.  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."  **Please Note: The Rule 26(f) Report for the Eastern Division has changed.  Please ensure that you are using the correct form.**

    2. The Eastern Division General Order on Pretrial Conferences can also be found on the Court's website.

    3. Parties, if represented by counsel, or principals are welcome, but not required, to participate in the conference.

**Date: June 21, 2021**                        *s/Sherry Nichols*
                                              Sherry Nichols, Courtroom Deputy
                                              Sherry_Nichols@ohsd.uscourts.gov
                                              614-719-3460