# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL ALF**, *et al.*,

    **Plaintiffs,**

    vs.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

Case No. 2:21-cv-2542

Judge Michael H. Watson

Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court on July 22, 2021 for a Preliminary Pretrial Conference. Counsel for all parties appeared and participated in the conference.

As discussed more fully during the conference, discovery in this case is **STAYED** while the Court determines the best course of action for proceeding in the multiple newly-filed cases. The Court will reconvene the parties as appropriate to set a case schedule and/or direct the parties to file appropriate motions.

    **IT IS SO ORDERED.**


**DATED: July 22, 2021**

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**