# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL ALF,** *et al.*,

    **Plaintiffs,**

        Case No. 2:21-cv-2542

vs.

        Judge Michael H. Watson

        Magistrate Judge Elizabeth P. Deavers

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

## ORDER

At the direction of the presiding District Judge, all discovery in this case is **STAYED** pending resolution of Defendant's Motion to Dismiss.  (ECF No. 9.)

    **IT IS SO ORDERED.**


DATED:  August 2, 2021

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**