UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael Alf, *et al.*,

        Plaintiffs,

v.

The Ohio State University,

        Defendant.

Case No. 2:21-cv-2542

Judge Michael H. Watson

Magistrate Judge Preston Deavers

## OPINION AND ORDER

In this case, thirteen plaintiffs ("Plaintiffs") sue The Ohio State University ("Ohio State") based on sexual abuse they suffered at the hands of Dr. Strauss ("Strauss") while students at Ohio State. Compl., ECF No. 1. They sue Ohio State under Title IX. *Id.* ¶¶ 392–428. It appears Plaintiffs base the Title IX claim on the abuse by Strauss and Ohio State's contemporaneous response—or lack thereof—when it learned about the same. *Id.* Ohio State moves to dismiss all claims. Mot. Dismiss, ECF No. 9. Plaintiffs responded, Resp. ECF No. 13, and Ohio State replied. Reply, ECF No. 14.

The Court **GRANTS** Ohio State's motion to dismiss for the reasons set forth in the Opinions and Orders issued in *Garrett* and *Ratliff*. Case Nos. 2:18-cv-692 and 2:19-cv-4746. The reasons requiring dismissal in those cases apply equally to this case. *See, e.g.*, Compl. ¶¶ 8, 35–47, 58, 63–75, 111, 115, 120–24, 132–34, 219, 248, 258, 272–76, ECF No. 1.

Plaintiffs also argue that the filing of the *Garrett* Complaint tolled their statute of limitations under *American Pipe & Constr. Co. v. Utah*, 414 U.S. 538 (1974). Resp. 7–9, ECF No. 13. Given that the Court has already dismissed the claims in *Garrett* as barred by the statute of limitations, this argument is unpersuasive.

Finally, the Court does not address the punitive damages arguments. Whether Plaintiffs could recover punitive damages is irrelevant in light of the Court's conclusion that their claim is barred by the statute of limitations.

The Court hopes that, notwithstanding this ruling on the statute of limitations issue and fact that Ohio State's voluntary settlement program has closed, Ohio State will stand by its promise to "do the right thing," and continue settlement discussions with Plaintiffs.

The Clerk is **DIRECTED** to enter judgment for Ohio State and close the case.

**IT IS SO ORDERED.**

                                      */s/ Michael H. Watson*
                                      **MICHAEL H. WATSON, JUDGE**
                                      **UNITED STATES DISTRICT COURT**