**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN (COLUMBUS) DIVISION**

| | |
|---|---|
| Michael Alf,<br>Gary Till,<br>Chris Armstrong,<br>Allan Novakowski, and<br>John Does 93 - 99,<br>individually and<br>on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>The Ohio State University,<br><br>Defendant. | Civil Case: 2:21-cv-02542-MHW-EPD[1]<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge Elizabeth P. Deavers<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

Notice is hereby given that Michael Alf, Gary Till, Chris Armstrong, Allan Novakowski, and John Does 93 through 99, individually and on behalf of all others similarly situated ("Class Plaintiffs"), in accord with Fed. R. App. P. 3 and 4(a)(1)(A) and Form 6CA-3, hereby appeal to the United States Court of Appeals for the Sixth Circuit from:

(1) Opinion and Order Granting Defendant's Motion to Dismiss (Doc. 18); and

(2) Final Judgment (Doc. 19), both entered on October 25, 2021; and from

(3) Opinion and Order Denying Motion for Recusal (Doc. 17) entered Sept. 22, 2021.

                                              Respectfully Submitted,

                                              /s/ *Simina Vourlis*
                                              Simina Vourlis,

---

[1] This case is related to Case No. 2:18-cv-00692-MHW-EPD, in which Notice of Appeal was filed on October 20, 2021 and which has been docketed in the Sixth Circuit Court of Appeals as Case No. 21-3972. These two class actions are companion cases appropriate for consolidation on appeal.

                                        The Law Office of Simina Vourlis
                                        856 Pullman Way
                                        Columbus, OH 43212
                                        (614) 487-5900
                                        (614) 487-5901 fax
                                        svourlis@vourlislaw.com

                                        Rex A. Sharp
                                        Larkin Walsh
                                        Sarah T. Bradshaw
                                        SHARP LAW, LLP
                                        4820 W. 75th Street
                                        Prairie Village, KS 66208
                                        (913) 901-0505
                                        (913) 901-0419 fax
                                        rsharp@midwest-law.com
                                        lwalsh@midwest-law.com
                                        sbradshaw@midwest-law.com

                                      ***COUNSEL FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

     It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the Court's CM/ECF system on November 15, 2021, on all counsel of record. Further certify that a true and correct copy was sent, UPS Next Day Air, to the Clerk of the Court, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse 100 E. Fifth Street, Cincinnati, Ohio 45202-3988.

                                        /s/ *Simina Vourlis*